UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ANNE GRIFFITH,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CITY OF ROCKLAND,<br><br>　　　　　　Defendant. | Civil Action No.: 2:25-cv-00377-JCN |

## MOTION FOR WITHDRAWAL OF MATTHEW J. MILLER AS COUNSEL

Pursuant to Local Rule 83.2(c), undersigned counsel for Defendant City of Rockland (the "City") respectfully moves this Court to allow Matthew J. Miller to withdraw as counsel admitted *pro hac vice* from this action as follows. Matthew J. Miller is leaving the employ of Bernstein Shur as of the close of business on December 19, 2025. The City will remain represented by current and additional counsel from Bernstein Shur in this proceeding. There is no prejudice to any party by the granting of this request.

Dated: December 19, 2025

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Daniel J. Murphy*
　　　　　　　　　　　　　　　　　　Daniel J. Murphy, Bar No. 9464
　　　　　　　　　　　　　　　　　　Matthew J. Miller, *Pro Hac Vice*
　　　　　　　　　　　　　　　　　　BERNSTEIN SHUR
　　　　　　　　　　　　　　　　　　100 Middle Street, P.O. Box 9729
　　　　　　　　　　　　　　　　　　Portland, Maine 04104-5029
　　　　　　　　　　　　　　　　　　(207) 228-7120
　　　　　　　　　　　　　　　　　　dmurphy@bernsteinshur.com
　　　　　　　　　　　　　　　　　　mmiller@bernsteinshur.com

　　　　　　　　　　　　　　　　　　Attorneys for Defendant City of Rockland

1

## CERTIFICATE OF SERVICE

      I, Daniel J. Murphy, hereby certify on the date indicated above, the foregoing document was served on opposing counsel through Court's CMF/ECF filing system.

Dated:  December 19, 2025                                        */s/ Daniel J. Murphy*_____